UNITED STATES DISTRICT COURT
SOUTHERN DISTRICT OF FLORIDA
CASE NO. 06-21107-CIV-SEITZ/MCALILEY

RODNEY JEROME GREENE,

    Plaintiff,

v.

SECRETARY FOR THE DEPARTMENT
OF CORRECTIONS,

    Defendant.
_____/

### ORDER VACATING REFERRAL ORDER

THIS CAUSE is before the Court *sua sponte*. On June 13, 2006, this matter was referred to Magistrate Judge Chris M. McAliley for all proceedings. This referral, however, was based upon Election to Jurisdiction by a United States Magistrate Judge forms that had only been signed by Petitioner's counsel.[1] Under Magistrate Judge Rules 1(h) and 2, both parties must consent to trial and disposition of a civil case by a magistrate judge. Because, both parties have not so consented, it is hereby

ORDERED that the Order of Reference for all Proceedings [DE 6] is VACATED. This Court shall maintain jurisdiction for final resolution of this matter.

DONE AND ORDERED Miami, Florida, this 3rd day of January, 2007.

*/s/ Patricia A. Seitz*
PATRICIA A. SEITZ
UNITED STATES DISTRICT JUDGE

cc:
Magistrate Judge McAliley
Counsel of Record

---

[1] A review of the Election to Jurisdiction forms reveals that there are four signature lines, two for Petitioner's counsel and two for Respondent's counsel. Here, Petitioner's counsel signed the form twice, erroneously making it appear that the Respondent had also consented to jurisdiction.